**No. 62652.**—J. E. Bernard & Company, Inc., and W. C. Sullivan & Company *v.* United States, protests 229029–K/5122 and 229037–K/5189 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of plastic dispensers similar in all material respects to those the subject of *United States* v. *Wecolite & Co.* (45 C.C.P.A. 54, C.A.D. 672), the claim of the plaintiffs was sustained.

**No. 62653.**—Manca, Inc. *v.* United States, protests 58/15109, 58/15110, and 58/15345 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the merchandise was held dutiable as follows: The items marked "A" at 25 percent under the provision in paragraph 228, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for photographic lenses and the items marked "B" at 20 percent under paragraph 1551 as parts of photographic cameras, not specially provided for.

**No. 62654.**—R. H. Macy Co., Inc. *v.* United States, protest 58/14400 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.